JOHN AVERY, Appellant, *v.* MANLY B. MATTICE, Respondent.

(Argued April 21, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 13, 1890, which affirmed a judgment in favor of defendants, entered upon the report of a referee.

*Sidney Crowell* for appellant.

*John A. Griswold* for respondent.

Agree to affirm ; no opinion.
All concur, except LANDON, J , not sitting.
Judgment affirmed.